1
2
3
4                    UNITED STATES DISTRICT COURT
5                  NORTHERN DISTRICT OF CALIFORNIA
6
7   STEVEN WAYNE BONILLA,              Case Nos.  20-cv-02986-PJH
8                Plaintiffs,                      20-cv-02987-PJH
                                                  20-cv-02993-PJH
9        v.                                       20-cv-02996-PJH
                                                  20-cv-03009-PJH
10               Defendants.                      20-cv-03011-PJH
                                                  20-cv-03012-PJH
11                                                20-cv-03561-PJH
                                                  20-cv-03655-PJH
12                                                20-cv-03657-PJH
                                                  20-cv-03658-PJH
13
14                                     **ORDER DISMISSING MULTIPLE**
15                                     **CASES WITH PREJUDICE**
16
17        Plaintiff, a state prisoner, has filed multiple pro se civil rights complaints under 42

18   U.S.C. § 1983.  He also seeks to proceed *in forma pauperis* (IFP) in these cases.

19   Plaintiff is a condemned prisoner who also has a pending federal habeas petition in this

20   court with appointed counsel.  *See Bonilla v. Ayers*, Case No. 08-0471 YGR.  Plaintiff is

21   also represented by counsel in state court habeas proceedings.  *See In re Bonilla*, Case

22   No. 20-2986 PJH, Docket No. 1 at 7

23        In these civil rights cases plaintiff names as defendants' various federal judges,

24   state judges, municipalities and other state and county officials.  Plaintiff presents very

25   similar claims in all these cases.  He seeks relief regarding his underlying conviction or

26   how his various pro se habeas petitions were handled by the state and federal courts.

27        Plaintiff has been disqualified from proceeding IFP under 28 U.S.C. § 1915(g)

28   unless he is "under imminent danger of serious physical injury" at the time he filed his

United States District Court
Northern District of California

complaint.  28 U.S.C. 1915(g); *In re Steven Bonilla*, Case No. 11-3180 CW; *Bonilla v. Dawson*, Case No. 13-0951 CW.

The allegations in these complaints do not show that plaintiff was in imminent danger at the time of filing.  Therefore, he may not proceed IFP.  Moreover, even if an IFP application were granted, his lawsuits would be barred under *Heck v. Humphrey*, 512 U.S. 477, 486-87 (1994), *Younger v. Harris*, 401 U.S. 37, 43-54 (1971), *Demos v. U.S. District Court*, 925 F.2d 1160, 1161-62 (9th Cir. 1991) or *Mullis v. U.S. Bankruptcy Court*, 828 F.2d 1385, 1393 (9th Cir. 1987).  Accordingly, the cases are dismissed with prejudice.

The clerk shall terminate all pending motions and close these cases.  The clerk shall return, without filing, any further documents plaintiff submits after these cases are closed.

**IT IS SO ORDERED.**

Dated: June 11, 2020

/s/ Phyllis J. Hamilton

PHYLLIS J. HAMILTON
United States District Judge

United States District Court
Northern District of California

2